Hearing Date:
Hearing Time:
Location: 219 S. Dearborn St., Courtroom
  Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CANDELARIO, CESAR V | § | Case No. 09-11282 |
| CANDELARIO, VICTORIA E | § | Hon. Eugene R. Wedoff |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 03/31/2009 . The undersigned trustee was appointed on 05/27/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 30,000.88 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 248.00 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Payments to the debtor | | 4,720.00 |
| Leaving a balance on hand of[1] | $ | 25,032.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was 10/26/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,278.09 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,278.09 , for a total compensation of $ 3,278.09 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 30.70 , for total expenses of $ 30.70 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 11/18/2009            By:/s/Joseph A. Baldi, Trustee
                                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page 1
Exhibit A

| Case No: | 09-11282 ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | Date Filed (f) or Converted (c): | 03/31/09 (f) |
|  | CANDELARIO, VICTORIA E | 341(a) Meeting Date: | 05/15/09 |
| For Period Ending: | 11/18/09 | Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - Debtors' Residence<br>4551 S. Keating Ave<br>Chicago, IL 60632 | 240,000.00 | 0.00 |  | 0.00 | FA |
| 2. Cash On Hand | 50.00 | 0.00 |  | 0.00 | FA |
| 3. Checking, Savings Accounts<br>Chase Bank - Checking | 500.00 | 0.00 |  | 0.00 | FA |
| 4. Checking, Savings Accounts<br>TCF Bank - Checking Account | 2,000.00 | 0.00 |  | 0.00 | FA |
| 5. Checking, Savings Accounts<br>FOP Credit Union - Checking Account | 30.00 | 30.00 |  | 0.00 | FA |
| 6. Household Goods and Furnishings<br>Usual Complement of Household Goods | 700.00 | 0.00 |  | 0.00 | FA |
| 7. Wearing Apparel<br>Usual Complement of Men's Clothing | 350.00 | 0.00 |  | 0.00 | FA |
| 8. Wearing Apparel<br>Usual Complement of Women's Clothing | 350.00 | 0.00 |  | 0.00 | FA |
| 9. Interests-IRA, ERISA, KEOGH, & etc | 5,000.00 | 0.00 |  | 0.00 | FA |
| 10. Other Contingent Unliquidated Claim<br>Claimant in Class Action Suit Against CitiCorp Arising out of Mortgage, pursuant to Court order, Trustee sold estate's interest in class action | Unknown | 25,280.00 |  | 30,000.00 | FA |
| 11. Automobiles and Other Vehicles<br>1993 Toyota Camry | 1,000.00 | 0.00 |  | 0.00 | FA |
| 12. Automobiles and Other Vehicles<br>'06 Toyota Highlander | 20,000.00 | 0.00 |  | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 0.88 | Unknown |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 09-11282    ERW    Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | Date Filed (f) or Converted (c): | 03/31/09 (f) |
|  | CANDELARIO, VICTORIA E | 341(a) Meeting Date: | 05/15/09 |
|  |  | Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $269,980.00 | $25,310.00 |  | $30,000.88 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired attorneys to liquidate claim in class action law suit; Obtained court authority to sell estate's interest; bar date expired 10/26/09

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

LFORM1
UST Form 101-7-TFR (9/1/2009) (Page: 4)

Ver: 15.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

Exhibit B

| Case No: | 09-11282 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | Bank Name: | Bank of America, N.A. |
|  | CANDELARIO, VICTORIA E | Account Number / CD #: | ******6189 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******0875 |  |  |
| For Period Ending: | 11/18/09 | Blanket Bond (per case limit) | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/17/09 | 10 | Citi BusinessPayment Services | Sale Class Action rights | 1129-000 | 30,000.00 |  | 30,000.00 |
|  |  | 3800 Citibank Center Drive G-3-4 |  |  |  |  |  |
|  |  | Tampa FL 33610 |  |  |  |  |  |
| 09/17/09 |  | Transfer to Acct #******6202 | Bank Funds Transfer | 9999-000 |  | 4,720.00 | 25,280.00 |
|  |  |  | Transfer to pay Debtors' exemption in class action law suit proceeds. ecbSeptember 17, 2009, 03:32 pm |  |  |  |  |
| 09/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 |  | 25,280.24 |
| 10/15/09 |  | Transfer to Acct #******6202 | Bank Funds Transfer | 9999-000 |  | 248.00 | 25,032.24 |
|  |  |  | Transfer funds to pay estate income taxes ecb |  |  |  |  |
| 10/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 |  | 25,032.88 |

| Account ******6189 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 30,000.00 | 0 | Checks | 0.00 |
| 2 | Interest Postings | | 0.88 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ | 30,000.88 | 2 | Transfers Out | 4,968.00 |
| | | | | | Total | $ 4,968.00 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 30,000.88 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 15.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No | 09-11282 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | Bank Name: | Bank of America, N A |
| | CANDELARIO, VICTORIA E | Account Number / CD # | *******6202 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0875 | | |
| For Period Ending: | 11/18/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/09 | | Transfer from Acct #*******6189 | Bank Funds Transfer | 9999-000 | 4,720.00 | | 4,720.00 |
| 09/17/09 | 002001 | Cesar and Victoria Candelario 4551 S. Keating Chicago IL 60632 | Transfer to pay Debtors' exemption in class action law suit proceeds. ecbSeptember 17, 2009, 03:32 pm Debtors' exemption in proceeds of sale of class action lawsuit | 8100-002 | | 4,720.00 | 0.00 |
| 10/15/09 | | Transfer from Acct #*******6189 | Bank Funds Transfer Transfer funds to pay estate income taxes. ecb | 9999-000 | 248.00 | | 248.00 |
| 10/15/09 | 002002 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | 2009 IL 1041 27-6257787 | 2820-000 | | 124.00 | 124.00 |
| 10/15/09 | 002003 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | 2009 IL 1041 54-6900875 | 2820-000 | | 124.00 | 0.00 |

| Account *******6202 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 3 | Checks | 4,968.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 4,968.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 4,968.00 | | | |
| | | Total | $ 4,968.00 | | | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 09-11282 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | Bank Name: | Bank of America, N.A. |
| | CANDELARIO, VICTORIA E | Account Number / CD #: | ******6202 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | ******0875 | | |
| For Period Ending: | 11/18/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   | Report Totals | Balance Forward | 0.00 |   |   |   |
|---|---|---|---|---|---|---|---|
|   | 1 |   | Deposits | 30,000.00 | 3 | Checks | 4,968.00 |
|   | 2 |   | Interest Postings | 0.88 | 0 | Adjustments Out | 0.00 |
|   |   |   |   |   | 2 | Transfers Out | 4,968.00 |
|   |   |   | Subtotal | $ 30,000.88 |   | Total | $ 9,936.00 |
|   | 0 |   | Adjustments In | 0.00 |   |   |   |
|   | 2 |   | Transfers In | 4,968.00 |   |   |   |
|   |   |   | Total | $ 34,968.88 |   | Net Total Balance | $ 25,032.88 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-11282
Case Name: CANDELARIO, CESAR V
              CANDELARIO, VICTORIA E
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee:* Joseph A. Baldi, Trustee | $ 3,278.09 | $ 30.70 |
| *Attorney for trustee:* Joseph A. Baldi & Associates, P.C. | $ 10,158.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* Popowcer Katten, Ltd | $ 1,053.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,591.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Rec. Mgmt. Syst. for HSBC Card | $ 1,679.54 | $ 1,679.54 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Rec. Mgmt. Serv. for HSBC Nevada | $ 1,033.17 | $ 1,033.17 |
| 000003 | Rec. Mgmt. Syst. for HSBC/Orchard Bank | $ 1,390.05 | $ 1,390.05 |
| 000004 | Law Offices Of Harry S Field | $ 536.00 | $ 536.00 |
| 000005 | Rec. Mgmt. Syst. for GEMB | $ 952.51 | $ 952.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,151.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 95.5 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | CitiFinancial Services Inc. | $ 5,151.56 | $ 4,921.32 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

**Bank of America**

```
CUSTOMER CONNECTION                        Account Number      4429236202
BANK OF AMERICA, N.A.                      01 01 148 06 M0000 E#        1
DALLAS, TEXAS   75283-2406                 Last Statement:       09/30/2009
                                           This Statement:       10/30/2009

                                           Customer Service
                                           1-877-757-8233
ESTATE OF
CANDELARIO, CESAR V, DEBTOR
CANDELARIO, VICTORIA E, DEBTOR             Page       1 of    2
JOSEPH BALDI - TRUSTEE
09-11282                                   Bankruptcy Case Number: 0911282
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

You must not use your account for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act 31 U.S.C. Section 5361 et. seq.

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 10/01/2009 - 10/30/2009   Statement Beginning Balance    4,720.00
Number of Deposits/Credits            1    Amount of Deposits/Credits       248.00
Number of Checks                      1    Amount of Checks               4,720.00
Number of Other Debits                0    Amount of Other Debits              .00
                                           Statement Ending Balance         248.00
Number of Enclosures                  1
                                           Service Charge                      .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 10/15 | | 248.00 | 04429236189->04429236202 | 09925000057 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2001 | 4,720.00 | 10/01 | 5992036281 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/30 | 4,720.00 | 4,720.00 | 10/15 | 248.00 | 248.00 |
| 10/01 | .00 | .00 | 10/30 | 248.00 | 248.00 |

Recycled Paper

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number       4429236189
01 01 148 06 M0000 E#         0
Last Statement:      09/30/2009
This Statement:      10/30/2009

ESTATE OF
CANDELARIO, CESAR V, DEBTOR
CANDELARIO, VICTORIA E, DEBTOR
JOSEPH BALDI - TRUSTEE
09-11282
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page       1 of    2

Bankruptcy Case Number:0911282

You must not use your account for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act 31 U.S.C. Section 5361 et. seq.
A new field has been added under the 'Daily Balance' section of your statement. The 'Rate' field displays the interest rate applied to your balances on a given day. Please contact your bank representative with any questions.

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 10/01/2009 - 10/30/2009 | | Statement Beginning Balance | 25,280.24 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | .64 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 248.00 |
| | | Statement Ending Balance | 25,032.88 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .64 | Interest Paid Year-to-Date | .88 |
| Annual Percentage Yield Earned | .03% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 10/30 | | .64 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF  $25,144.24 | 09840009315 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 10/15 | | 248.00 | 04429236189->04429236202 | 09925000058 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 09/30 | 25,280.24 | 25,280.24 | .030 | 10/30 | 25,032.88 | 25,032.88 | .030 |
| 10/15 | 25,032.24 | 25,032.24 | .030 | | | | |





↓Do not endorse or write below this line↓