UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| CANDELARIO, CESAR V | § | Case No. 09-11282 |
| CANDELARIO, VICTORIA E | § | |
| | § | Hon. Eugene R. Wedoff |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee _____
                                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cesar and Victoria Candelario |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citimortgage, Inc. P.O. Box 183040 Columbus, OH  43218-3040 |  |  |  |  |  |
| Citimortgage, Inc. P.O. Box 183040 Columbus, OH  43218-3040 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Toyota Financial P.O. Box 5855 Carol Stream, IL  60197 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Accounts Receivable Management Inc Re: HSBC Card Services P.O. Box 129 Thorofare, NJ 08086 | | | | | |
| Armor Systems Corporation 1700 Kiefer Dr, Suite 1 Zion, IL 60099 | | | | | |
| Berwyn Emergency Physicians LLP 75 Remit Dr #1209 Chicago, IL 60675 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Berwyn Foot & Ankle 3100 South Oak Park Ave Berwyn, IL  60402 | | | | | |
| CMRE Financial Services Re: Macneal Hospital 3075 E Imperial Highway, #200 Brea, CA  92821 | | | | | |
| Chicago Patrolmen's Federal Credit Union 1359 W Washington Blvd Chicago, IL  60607 | | | | | |
| CitiFinancial P.O. Box 6931 The Lakes, NV  88901-6931 | | | | | |
| Corporate Receivables, Inc Re: Best Buy P.O. Box 32995 Phoenix, AZ  85064 | | | | | |
| Gloria Orellana 5715 S. Artesian Chicago, IL  60629 | | | | | |
| Lowe's P.O. Box 530914 Atlanta, GA  30353 | | | | | |
| Macneal Health Network 2384 Paysphere Circle Chicago, IL  60674 | | | | | |
| Malcolm S Gerald And Associates Re: HSBC Card Services 332 S Michigan Ave, Suite 600 Chicago, IL  60604 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul Potach D.P.M. The Foot And Ankle Center 31 W Dundee Wheeling, IL 60090 | | | | | |
| Spirit Airlines Card Services P.O. Box 13337 Philadelphia, PA 19101 | | | | | |
| Spirit Card Services P.O. Box 8833 Wilmington, DE 19899 | | | | | |
| U.S. Cellular P.O. Box 0203 Palatine, IL 60055 | | | | | |
| LAW OFFICES OF HARRY S FIELD | | | | | |
| REC. MGMT SYS. FOR HSBC CARD | | | | | |
| REC. MGMT SYST FOR GEMB | | | | | |
| REC. MGMT SYST. HSBC/ORCHARD BANK | | | | | |
| REC. MGMT. SERV. FOR HSBC NEVADA | | | | | |
| CITIFINANCIAL SERVICES INC. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-11282 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | | | Date Filed (f) or Converted (c): | 03/31/09 (f) |
| | CANDELARIO, VICTORIA E | | | 341(a) Meeting Date: | 05/15/09 |
| For Period Ending: | 02/03/10 | | | Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - Debtors' Residence<br>4551 S. Keating Ave.<br>Chicago, IL. 60632 | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts<br>Chase Bank - Checking | 500.00 | 0.00 | | 0.00 | FA |
| 4. Checking, Savings Accounts<br>TCF Bank - Checking Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking, Savings Accounts<br>FOP Credit Union - Checking Account | 30.00 | 30.00 | | 0.00 | FA |
| 6. Household Goods and Furnishings<br>Usual Complement of Household Goods | 700.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel<br>Usual Complement of Men's Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel<br>Usual Complement of Women's Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 9. Interests-IRA, ERISA, KEOGH, & etc | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Other Contingent Unliquidated Claim<br>Claimant in Class Action Suit Against CitiCorp Arising out of Mortgage, pursuant to Court order, Trustee sold estate's interest in class action | Unknown | 25,280.00 | | 30,000.00 | FA |
| 11. Automobiles and Other Vehicles<br>1993 Toyota Camry | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Automobiles and Other Vehicles<br>'06 Toyota Highlander | 20,000.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.43 | Unknown |

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

Ver: 15.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-11282 | ERW | Judge: Eugene R. Wedoff | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CANDELARIO, CESAR V | | | | Date Filed (f) or Converted (c): | 03/31/09 (f) |
| | CANDELARIO, VICTORIA E | | | | 341(a) Meeting Date: | 05/15/09 |
| | | | | | Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $269,980.00 | $25,310.00 | | $30,002.43 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired attorneys to liquidate claim in class action law suit; Obtained court authority to sell estate's interest; bar
date expired 10/26/09.  TFR filed 12/7/09.  Final hearing  held 1/12/10.

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-11282 -ERW |
| Case Name: | CANDELARIO, CESAR V |
| | CANDELARIO, VICTORIA E |
| Taxpayer ID No: | *******0875 |
| For Period Ending: | 02/03/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6189  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/09 | 10 | Citi BusinessPayment Services 3800 Citibank Center Drive G-3-4 Tampa  FL 33610 | Sale:  Class Action rights | 1129-000 | 30,000.00 | | 30,000.00 |
| 09/17/09 | | Transfer to Acct #*******6202 | Bank Funds Transfer Transfer to pay Debtors' exemption in class action law suit proceeds.  ecbSeptember 17, 2009, 03:32 pm | 9999-000 | | 4,720.00 | 25,280.00 |
| 09/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 25,280.24 |
| 10/15/09 | | Transfer to Acct #*******6202 | Bank Funds Transfer Transfer funds to pay estate income taxes.  ecb | 9999-000 | | 248.00 | 25,032.24 |
| 10/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,032.88 |
| 11/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,033.50 |
| 12/31/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,034.14 |
| 01/15/10 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 25,034.43 |
| 01/15/10 | | Transfer to Acct #*******6202 | Final Posting Transfer | 9999-000 | | 25,034.43 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******6189 | | Balance Forward | 0.00 | | | |
| 1 | Deposits | 30,000.00 | 0 | Checks | 0.00 |
| 5 | Interest Postings | 2.43 | 0 | Adjustments Out | 0.00 |
| | | | 3 | Transfers Out | 30,002.43 |
| | Subtotal | $ 30,002.43 | | | |
| | | | | Total | $ 30,002.43 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 30,002.43 | | | |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 10)

Ver: 15.06b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11282 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | | Bank Name: | Bank of America, N.A. |
| | CANDELARIO, VICTORIA E | | Account Number / CD #: | *******6202 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0875 | | | |
| For Period Ending: | 02/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/09 | | Transfer from Acct #*******6189 | Bank Funds Transfer | 9999-000 | 4,720.00 | | 4,720.00 |
| | | | Transfer to pay Debtors' exemption in class action law suit proceeds. ecbSeptember 17, 2009, 03:32 pm | | | | |
| 09/17/09 | 002001 | Cesar and Victoria Candelario<br>4551 S. Keating<br>Chicago IL 60632 | Debtors' exemption in proceeds of<br>sale of class action lawsuit | 8100-002 | | 4,720.00 | 0.00 |
| 10/15/09 | | Transfer from Acct #*******6189 | Bank Funds Transfer | 9999-000 | 248.00 | | 248.00 |
| | | | Transfer funds to pay estate income taxes. ecb | | | | |
| 10/15/09 | 002002 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | 2009 IL 1041<br>27-6257787 | 2820-000 | | 124.00 | 124.00 |
| 10/15/09 | 002003 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | 2009 IL 1041<br>54-6900875 | 2820-000 | | 124.00 | 0.00 |
| 01/15/10 | | Transfer from Acct #*******6189 | Transfer In From MMA Account | 9999-000 | 25,034.43 | | 25,034.43 |
| 01/15/10 | 002004 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 3,278.09 | 21,756.34 |
| 01/15/10 | 002005 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Expenses | 2200-000 | | 30.70 | 21,725.64 |
| 01/15/10 | 002006 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 10,158.00 | 11,567.64 |
| 01/15/10 | 002007 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 1,053.50 | 10,514.14 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

Ver: 15.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-11282 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | Bank Name: | Bank of America, N.A. |
| | CANDELARIO, VICTORIA E | Account Number / CD #: | *******6202 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0875 | | |
| For Period Ending: | 02/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/15/10 | 002008 | Law Offices Of Harry S Field<br>Re: Hand & Plastic Surgery Associates<br>77 W Washington, Suite 2111<br>Chicago, IL 60602 | Claim 000004, Payment 100.00% | 7100-000 | | 536.00 | 9,978.14 |
| 01/15/10 | 002009 | Rec. Mgmt. Syst. for HSBC Card<br>For Capital Recovery III LLC<br>As Assignee of HSBC CARD SERVICES (III)<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000001, Payment 100.00% | 7100-900 | | 1,679.54 | 8,298.60 |
| 01/15/10 | 002010 | Rec. Mgmt. Serv. for HSBC Nevada<br>For Capital Recovery III LLC<br>As Assignee of HSBC Bank Nevada National<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000002, Payment 100.00% | 7100-900 | | 1,033.17 | 7,265.43 |
| 01/15/10 | 002011 | Rec. Mgmt. Syst. for HSBC/Orchard Bank<br>For Capital Recovery III LLC<br>As Assignee of HSBC/Orchard Bank - Stand<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000003, Payment 100.00% | 7100-900 | | 1,390.05 | 5,875.38 |
| 01/15/10 | 002012 | Rec. Mgmt. Syst. for GEMB<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000005, Payment 100.00% | 7100-900 | | 952.51 | 4,922.87 |
| 01/15/10 | 002013 | CitiFinancial Services Inc.<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Claim 000006, Payment 95.56% | 7200-000 | | 4,922.87 | 0.00 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-11282 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | CANDELARIO, CESAR V | Bank Name: | Bank of America, N.A. |
| | CANDELARIO, VICTORIA E | Account Number / CD #: | *******6202 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0875 | | |
| For Period Ending: | 02/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6202

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 Deposits | 0.00 | 13 Checks | 30,002.43 |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 0.00 | | |
| | | Total | $ 30,002.43 |
| 0 Adjustments In | 0.00 | | |
| 3 Transfers In | 30,002.43 | | |
| Total | $ 30,002.43 | | |

Report Totals

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 Deposits | 30,000.00 | 13 Checks | 30,002.43 |
| 5 Interest Postings | 2.43 | 0 Adjustments Out | 0.00 |
| | | 3 Transfers Out | 30,002.43 |
| Subtotal | $ 30,002.43 | | |
| | | Total | $ 60,004.86 |
| 0 Adjustments In | 0.00 | | |
| 3 Transfers In | 30,002.43 | | |
| Total | $ 60,004.86 | Net Total Balance | $ 0.00 |